UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE DIAUNDRA ROGERS, | No. 2:23-cv-0238 DJC KJN P |
| Petitioner, | |
| v. | ORDER |
| JEFF LYNCH, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding pro se and in forma pauperis. On December 27, 2023, pursuant to the court's order, petitioner filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 raising only his exhausted claim for relief.

Because petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's amended habeas petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file an answer to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, 28 U.S.C. foll. § 2254. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition, unless previously filed (ECF No. 14). See Rule 5, 28 U.S.C. foll. § 2254.

////

////

1

2. Petitioner's reply, if any, shall be filed and served within thirty days after service of the answer.

Dated: January 4, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/roge0238.100a