UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE DIAUNDRA ROGERS,<br><br>Petitioner,<br><br>v.<br><br>JEFF LYNCH,<br><br>Respondent. | No. 2:23-cv-0238 DJC CSK P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se. On June 27, 2024, petitioner filed two motions for extension of time to file objections to the May 28, 2024 findings and recommendations (ECF No. 31), both dated June 20, 2024. (ECF Nos. 32, 33.) The first motion reflected petitioner's address at Corcoran State Prison and sought an extension of time until July 20, 2024. (ECF No. 32.) Petitioner stated that some of his legal documents have been lost. (Id. at 3.) The second motion reflected petitioner's current address at California State Prison, Lancaster, where he was recently transferred, and sought a ninety day extension of time. (ECF No. 33.) Petitioner states he has not been provided a tablet to access the law library, inmates have limited physical access to the law library, and his requests to access the law library have not been addressed.

Good cause appearing, petitioner's motions for an extension of time (ECF Nos. 32, 33) are granted. Due to petitioner's circumstances, he is granted ninety days to file objections.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motions for an extension of time (ECF Nos. 32 & 33) are granted; and

2. Petitioner shall file objections within ninety days from the date of this order.

Dated: July 1, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/roge0238.111